STATE OF OREGON,
*Respondent,*

*v.*

THOMAS EDWARD BROWN,
*Appellant.*

(90CR0865, 90CR0145, 87CR2159; CA A65238)

836 P2d 737

Chris G. Palmer, Coquille, argued the cause and filed the brief for appellant.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

Affirmed. *State v. Rice*, 114 Or App 101, 836 P2d 731 (1992).

---

* Joseph, C. J., *vice* Newman, J., deceased.